

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00093-CV

Hallmark Marketing Company, LLC
v.
Susan Combs, Comptroller of Public Accounts of the State of Texas; and Greg Abbott,
Attorney General of the State of Texas

On Appeal from the
126th District Court of Travis County, Texas
Trial Cause No. D-1-GN-13-001168

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on

appeal, concludes that the judgment of the trial court should be affirmed.  The Court

orders the judgment of the trial court AFFIRMED.  Costs of the appeal are adjudged

against appellant.

We further order this decision certified below for observance.

November 13, 2014